UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOFI OSEI,<br>a/k/a PAUL PROIA,<br>a/k/a KENNETH BUCK,<br>a/k/a JEFFREY ANASHE,<br><br>Defendant | Criminal No.   21cr10064<br><br>Violations:<br><br>Counts One-Seven: False Statement to a Bank (18 U.S.C. § 1014)<br><br>Counts Eight-Thirteen: Wire Fraud; Aiding and Abetting (18 U.S.C. §§ 1343 and 2)<br><br>Counts Fourteen-Fifteen: Money Laundering (18 U.S.C. § 1956(a)(1)(B)(i))<br><br>False Statement and Money Laundering Forfeiture Allegation:<br>(18 U.S.C. § 982(a))<br><br>Wire Fraud Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. KOFI OSEI, a/k/a Paul Proia, a/k/a Kenneth Buck, a/k/a Jeffrey Anashe, was a Ghanaian national residing in Massachusetts.

2. Victim 1 was a resident of Jacksonville, Florida.

3. Victim 2 was a resident of Montecito, California.

4. Victim 3 was a resident of Bradenton, Florida.

5. Bank of America, Citizens Bank, Eastern Bank, and Santander Bank were each financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation.

6. "Romance scams" refer to a type of fraud that is enabled by the creation of fictitious profiles on online dating or social websites. Individuals perpetrating romance scams use these online dating profiles to gain the trust of potential victims, and once that trust is gained, direct victims to transfer money under false pretenses.

## Scheme to Defraud

7. Beginning no later than in or about 2016, and continuing through at least in or about 2019, OSEI, together with those known and unknown to the grand jury, engaged in and attempted to engage in a scheme to defraud victims of online "romance scams." In many instances, victims of the fraud were induced to send money to bank accounts in or around the greater Boston area, opened by OSEI using false identities. After the victim money was transferred into the accounts, OSEI generally withdrew it, converted the funds to cashier's checks to purchase cars at auction, or used it for other personal purchases.

8. To receive funds from victims, OSEI established bank accounts using fraudulent identity documents.

   a. On or about January 19, 2017, OSEI used a South African passport in the name of Jeffrey Anashe to open accounts ending in x5913, x5468, and x7277 at a Santander Bank branch in Brighton, Massachusetts.

   b. On or about November 29, 2017, OSEI used a Lesotho passport in the name of Paul Proia to open an account ending in x5198 at a Bank of America branch in Weymouth, Massachusetts.

   c. On or about May 22, 2018, OSEI used the same Lesotho passport in the name of Paul Proia to open an account ending in x7900 at an Eastern Bank branch

in Randolph, Massachusetts.

d. On or about June 21, 2018, OSEI used another Lesotho passport in the name of Kenneth Buck to open an account ending in x7833 in the name of KFB LLC at a Citizens Bank branch in Raynham, Massachusetts.

e. On or about June 28, 2018, OSEI used the same Lesotho passport in the name of Kenneth Buck to open an account ending in x2908 in the name of KFB LLC at a Bank of America branch in Abington, Massachusetts.

f. On or about October 9, 2018, OSEI used the same Lesotho passport in the name of Kenneth Buck to open an account ending in x0033 at a Santander Bank branch in Abington, Massachusetts.

*Victim 1*

9. In or about December 2016, Victim 1 was contacted by an individual known to her as "William Karlsen" via the dating website eHarmony. They subsequently began communicating through telephone calls, text messages, and email. "Karlsen" told Victim 1 that he worked on an oil rig overseas and asked Victim 1 to send money to pay for a part to be transported to him on the oil rig. "Karlsen" purportedly arranged to visit Victim 1 in Florida, but subsequently told her he was unable to travel because he was involved in an explosion on the oil rig and had been detained by authorities in Dubai. "Karlsen" solicited Victim 1 to send money to his attorney to aid in his release.

10. On or about February 8, 2017, at "Karlsen" or his purported associates' direction, Victim 1 initiated a wire transfer of $36,000 from her bank account in Florida to the Santander account ending in x5913 in the name of Jeffrey Anashe that OSEI controlled. Within about a

3

week of the wire transfer, nearly all the funds were withdrawn or transferred out of the x5913 account. For example, on or about February 9, 2017, $200 was transferred to the x7277 Anashe account at Santander, and $500 transferred to the x5468 Anashe account at Santander. On or about February 10, 2017, $9,200 in cash was withdrawn from the x5913 account, and on February 13, 2017, $6,000 and $8,200 in cash were withdrawn from the x5913 account in two separate transactions. On or about February 14, 2017, $9,200 was withdrawn from the account in the form of a check.

11. On or about February 14, 2017, Victim 1 initiated two additional wire transfers—one for $40,000 and one for $85,000—at "Karlsen's" or his purported associates' direction from her bank account in Florida to the Santander account ending in x5468 in the name of Jeffrey Anashe that OSEI controlled. Within three days of the wire transfer, approximately $120,000 of the funds were withdrawn or transferred out of the account. For example, on or about February 16, 2017, a check for $9,200 was drawn on the account. On or about that same date, $22,000 was transferred to the x5913 Anashe account, and $73,000 was transferred to the x7277 Anashe account. On or about February 17, 2017, $5,000 and $10,000 were transferred to the x5913 Anashe account in two separate transactions.

12. On or about February 23, 2017, a cashier's check made payable to Copart, a car auction company, for $15,989 was purchased using funds from Victim 1's wires into the x5913 and x5468 accounts.

13. In total, in or about February 2017, Victim 1 transferred approximately $201,000 to various bank accounts in the name of Jeffrey Anashe, controlled by OSEI, at the direction of "Karlsen" or his purported associates.

*Victim 2*

14. In or about December 2017, Victim 2 was contacted by an individual known to her as "William Woodcox" on the dating site Plenty of Fish. They subsequently began communicating by email and telephone. "Woodcox" told Victim 2 that he was working in France when there was an accident at his place of employment. "Woodcox" told Victim 2 that he needed money to help the people involved in the accident. Shortly thereafter, "Woodcox" told Victim 2 that he was arrested and needed money to get out of jail.

15. On or about January 30, 2018, at "Woodcox" or his purported associates' direction, Victim 2 initiated a wire transfer of $15,000 from her bank account in California to the Bank of America account ending in x5198 in the name of Paul Proia that OSEI controlled. Within two days, nearly all of the funds were withdrawn from the account. On or about January 31, 2018, $8,500 was withdrawn in cash, and on or about February 1, 2018, $6,000 was withdrawn in cash. On or about February 1, 2018, $14,400 was deposited into an account in OSEI's name at TD Bank ending in x0700. Further, on or about February 2, 2018, $360 of Victim 2's funds were withdrawn at an ATM located a half mile from OSEI's residence in Randolph, Massachusetts, and a debit card linked to the x5198 account was used at a liquor store located one mile from OSEI's residence.

16. On or about February 8, 2018, Victim 2 initiated a wire of $50,000 from her bank account in California to the x5198 account, again at the direction of "Woodcox" or his purported associates. Within about four days, a majority of the funds were withdrawn or transferred out of the account. On or about February 9, 2018, $9,300 was withdrawn in cash, and on or about February 12, 2018, $8,500 and $9,200 were withdrawn in cash in two separate transactions. On

or about that same day, $10,000 was wired to an account in the name of Paul Proia at Century Bank opened using the same Lesotho passport used to open the x5198 account, and $15,000 was wired to an account in the name of PPA Logistics LLC at Citizens Bank, also opened using the same Lesotho passport in the name of Paul Proia.

17. In total, between in or about January 2018 through in or about February 2018, Victim 2 transferred at least $65,000 to various bank accounts in the name of Paul Proia at the direction of "Woodcox" or his purported associates.

*Victim 3*

18. In or about July 2018, Victim 3 was contacted by an individual known to her as "Harry Mikesell" via the dating website Plenty of Fish. They subsequently began communicating by email and text message. "Mikesell" told Victim 3 that he worked on a drilling platform in Houston, Texas and asked Victim 3 to send money to buy drilling equipment. Thereafter, "Mikesell" asked Victim 3 to become the Power of Attorney on his company's bank account to set up payments to his workers and for other business activities because he claimed he could not access the account while on the oil rig. Victim 3 agreed and, at "Mikesell" or his purported associates' direction, Victim 3 logged into his supposed business bank account purportedly at a private bank in the Bahamas and set up payments to a purported employee and a business associate. Shortly thereafter, "Mikesell" notified Victim 3 that the payments had not gone through and his account was frozen. "Mikesell" shared purported notifications from FinCEN that Victim 3 and "Mikesell" had engaged in compliance violations and therefore the account was frozen. "Mikesell" told Victim 3 that they needed to comply with the notice and pay the amount requested to unfreeze the account. "Mikesell" told Victim 3 that he could not

pay to unfreeze the account because his money was frozen. Because her name was on the notice, Victim 3 felt pressure to address the compliance violation.

19. Thereafter, on or about October 22, 2018, Victim 3 initiated a wire transfer of $70,000 from her bank account in Florida to the Bank of America account ending in x2908 in the name of KFB LLC that OSEI controlled, believing the transfer to be necessary to bring "Mikesell's" account into compliance with regulators  Victim 3 believed she would be reimbursed for this purported payment, once "Mikesell's" account was unfrozen.

20. On or about the next day a cashier's check made payable to IAA, which stands for Insurance Auto Auction, a car auction company, for $4,068 was purchased using funds from Victim 3's wire into the x2908 account.

21. In total, between in or about August 2018 through in or about October 2018, Victim 3 transferred approximately $270,565 to various bank accounts at the direction of "Mikesell," his purported associates, or the purported authorities regulating his account in the Bahamas.

22. Over the course of the scheme, more than $1.7 million was transferred into accounts in the name of Paul Proia, Kenneth Buck, and Jeffrey Anashe that OSEI controlled.

## COUNTS ONE-SEVEN
False Statement to a Bank
(18 U.S.C. § 1014)

The Grand Jury charges:

23. The Grand Jury re-alleges and incorporates by reference paragraphs 1-22 of this Indictment.

24. On or about the dates set forth below, in the District of Massachusetts, the defendant,

KOFI OSEI,
a/k/a PAUL PROIA,
a/k/a KENNETH BUCK,
a/k/a JEFFREY ANASHE,

did knowingly make a false statement and report for the purpose of influencing in any way the action of the banks listed below, each of which is an institution whose accounts were insured by the Federal Deposit Insurance Corporation, in connection with an application to open a bank account, in that the defendant falsely represented he was the persons identified below:

| COUNT | BANK | DATE | NAME ON ACCOUNT | ACCOUNT |
|---|---|---|---|---|
| 1 | Santander Bank | January 19, 2017 | Jeffrey Anashe | x5913 |
| 2 | Santander Bank | January 19, 2017 | Jeffrey Anashe | x5468 |
| 3 | Bank of America | November 29, 2017 | Paul Proia | x5198 |
| 4 | Eastern Bank | May 22, 2018 | Paul Proia | x7900 |
| 5 | Citizens Bank | June 21, 2018 | Kenneth Buck/KFB LLC | x7833 |
| 6 | Bank of America | June 28, 2018 | Kenneth Buck/KFB LLC | x2908 |
| 7 | Santander Bank | October 9, 2018 | Kenneth Buck | x0033 |

All in violation of Title 18, United States Code, Section 1014.

## COUNTS EIGHT-THIRTEEN
Wire Fraud; Aiding and Abetting
(18 U.S.C. §§ 1343 and 2)

The Grand Jury further charges:

25. The Grand Jury re-alleges and incorporates by reference paragraphs 1-22 of this Indictment.

26. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

**KOFI OSEI,**
a/k/a PAUL PROIA,
a/k/a KENNETH BUCK,
a/k/a JEFFREY ANASHE,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud, as set forth below:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 8 | February 8, 2017 | $36,000 wire transfer from Victim 1 in Florida to Santander Bank account x5913 in Massachusetts in the name of Jeffrey Anashe |
| 9 | February 14, 2017 | $40,000 wire transfer from Victim 1 in Florida to Santander Bank account x5468 in Massachusetts in the name of Jeffrey Anashe |
| 10 | February 14, 2017 | $85,000 wire transfer from Victim 1 in Florida to Santander Bank account x5468 in Massachusetts in the name of Jeffrey Anashe |
| 11 | January 30, 2018 | $15,000 wire transfer from Victim 2 in California to Bank of America account x5198 in Massachusetts in the name of Paul Proia |

| 12 | February 8, 2018 | $50,000 wire transfer from Victim 2 in California to Bank of America account x5198 in Massachusetts in the name of Paul Proia |
| 13 | October 22, 2018 | $70,000 wire transfer from Victim 3 in Florida to Bank of America account x2908 in Massachusetts in the name of Kenneth Buck/ KFB LLC |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS FOURTEEN-FIFTEEN
Money Laundering
(18 U.S.C. § 1956(a)(1)(B)(i))

The Grand Jury further charges:

27. The Grand Jury re-alleges and incorporates by reference paragraphs 1-22 of this Indictment.

28. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

KOFI OSEI,
a/k/a PAUL PROIA,
a/k/a KENNETH BUCK,
a/k/a JEFFREY ANASHE,

did knowingly conduct and attempt to conduct financial transactions as set forth below, knowing that the property involved in each transaction represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 14 | February 23, 2017 | $15,989 cashier's check drawn on Santander account x5468 and made out to Copart |
| 15 | October 23, 2018 | $4,068 cashier's check drawn on Bank of America account x2908 and made out to IAA |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

11

# FALSE STATEMENTS AND MONEY LAUNDERING FORFEITURE ALLEGATION
(18 U.S.C. § 982(a))

29. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1014 and 1956, set forth in Counts One through Seven and Fourteen through Fifteen, the defendant,

> KOFI OSEI,
> a/k/a PAUL PROIA,
> a/k/a KENNETH BUCK,
> a/k/a JEFFREY ANASHE,

shall forfeit any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of a violation of Title 18, United States Code, Sections 1014; and, pursuant to Title 18, United States Code, Section 982(a)(1), shall forfeit any property, real or personal, involved in such offenses in violation of Title 18, United States Code, Section 1956, and any property traceable to such property.

30. If any of the property described in Paragraph 29, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a), as a result of any act or omission of the defendant—

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 29 above.

All pursuant to Title 18, United States Code, Section 982(a).

## WIRE FRAUD FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

31.     Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1343, set forth in Counts Eight through Thirteen, the defendant,

KOFI OSEI,
a/k/a PAUL PROIA,
a/k/a KENNETH BUCK,
a/k/a JEFFREY ANASHE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

32.     If any of the property described in Paragraph 31, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 31 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

KRISTEN A. KEARNEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: February 23, 2021
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK
2/23/2021 @ 2:13pm