**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** __I__    **Investigating Agency** __FBI, USPIS, HSI__

**City** __Randolph, MA__    **Related Case Information:**

**County** __Norfolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

| Defendant Name | Kofi Osei | Juvenile: | ☐ Yes ☑ No |
|---|---|---|---|
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☑ No |

Alias Name: Paul Proia; Kenneth Buck; Jeffrey Anashe

Address: (City & State) Randolph, MA

Birth date (Yr only): 1992    SSN (last4#): _____    Sex: M    Race: Black    Nationality: Ghanaian

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Kristen Kearney__    Bar Number if applicable __669940__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony __15__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/23/2021    Signature of AUSA: *Kristen A. Kearney*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kofi Osei

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1014 | False Statement to a Bank | 1-7 |
| Set 2 | 18 U.S.C. §§ 1343 & 2 | Wire Fraud; Aiding and Abetting | 8-13 |
| Set 3 | 18 U.S.C. § 1956(a)(1)(B)(i) | Money Laundering | 14-15 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____